# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0901
_____

SHAWNE D. BROGDON,

Petitioner,

v.

TOMMY FORD, Sheriff of Bay
County, Florida, and STATE OF
FLORIDA,

Respondents.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

June 26, 2025

PER CURIAM.

DISMISSED.

LEWIS, ROWE, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Shawne D. Brogdon, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondents.